01

02

03

04

05

06

07

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

08 | MICHAEL A. JACKSON,                    ) CASE NO.: C08-1059-JLR-MAT
                                        )
09 |     Petitioner,              )
                                        )
10 |     v.                       ) ORDER DENYING PETITIONER'S
                                        ) MOTION FOR APPOINTMENT OF
11 | PAT GLEBE,                             ) COUNSEL
                                        )
12 |     Respondent.              )
   | _____ )

13

14      Petitioner is a state prisoner who has filed *pro se* an amended petition for habeas corpus

15 pursuant to 28 U.S.C. § 2254. Petitioner has also filed a motion for appointment of counsel.

16 (Dkt. No. 23). Respondent has filed a response to the motion, objecting to appointment of

17 counsel. (Dkt. No. 24). The Court, having considered petitioner's motion, respondent's response,

18 and the balance of the record, does hereby find and ORDER:

19      (1)    There is no right to have counsel appointed in cases brought under 28 U.S.C. §

20 2254 unless an evidentiary hearing is required. *See McCleskey v. Zant,* 499 U.S. 467, 495 (1991);

21 Rule 8(c) of the Rules Governing Section 2254 Proceedings for the United States District Courts,

22 28 U.S.C. foll. § 2254. The Court may exercise its discretion to appoint counsel for a financially

ORDER DENYING PETITIONER'S MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -1

01 eligible individual where the "interests of justice so require" under 18 U.S.C. § 3006A. Whether

02 counsel should be appointed turns on the petitioner's ability to articulate his or her claims in light

03 of the complexity of the legal issues, and the likelihood of success on the merits. *See Weygandt*

04 *v. Look*, 718 F.2d 952, 954 (9th Cir. 1983).

05       Petitioner fails to demonstrate that the legal issues are sufficiently complex to warrant

06 appointment of counsel or that the interests of justice would be best served by appointment of

07 counsel in this matter. Furthermore, petitioner has demonstrated that he is capable of responding

08 to the Court's Orders, as evidenced by his filing of an amended habeas petition. Accordingly,

09 petitioner's motion for appointment of counsel (Dkt. No. 23) is DENIED.

10       (2)     The Clerk shall direct copies of this Order to petitioner, counsel for respondent,

11 and to the Honorable James L. Robart.

12       DATED this 13th day of January, 2009.

13

14                                                   Mary Alice Theiler
                                                United States Magistrate Judge

15

16

17

18

19

20

21

22

ORDER DENYING PETITIONER'S MOTION
FOR APPOINTMENT OF COUNSEL
PAGE -2