UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MICHAEL A. JACKSON, | ) | CASE NO.: C08-1059-JLR-MAT |
| Petitioner, | ) | |
| v. | ) | ORDER DENYING PETITIONER'S SECOND MOTION FOR APPOINTMENT OF COUNSEL AND STRIKING PETITIONER'S PROPOSED COMPLAINT |
| PAT GLEBE, | ) | |
| Respondent. | ) | |

Petitioner is a state prisoner who has filed *pro se* an amended petition for habeas corpus pursuant to 28 U.S.C. § 2254. (Dkt. No. 26). Respondent has been directed by the Court to file an answer to the amended petition. (Dkt. No. 22). Petitioner recently filed a motion for appointment of counsel and a proposed civil rights complaint. (Dkt. Nos. 29 & 30). The Court, having considered petitioner's motion, proposed complaint, and the balance of the record, does hereby find and ORDER:

(1) Petitioner previously filed a motion for appointment of counsel, which the Court denied on January 13, 2009. (Dkt. No. 27). Petitioner raises no new grounds for appointment of counsel in his second motion. Accordingly, for the reasons cited in the Court's previous Order,

ORDER DENYING PETITIONER'S SECOND
MOTION FOR APPOINTMENT OF COUNSEL AND
STRIKING PETITIONER'S PROPOSED COMPLAINT
PAGE -1

petitioner's second motion for appointment of counsel (Dkt. No. 29) is DENIED.

(2) Petitioner has submitted a proposed civil rights complaint pursuant to 42 U.S.C. § 1983. (Dkt. No. 30). In the complaint, petitioner asserts that prison officials violated his constitutional rights by using excessive force against him. (Dkt. No. 30 at 3). For reasons that are unclear, petitioner asks in the complaint that it be "convert[ed] into habeas corpus petition." (*Id.* at 4). Petitioner is advised that petitions for a writ of habeas corpus and civil rights complaints are two distinct types of actions. *See Preiser v. Rodriguez*, 411 U.S. 475, 500 (1973) (civil rights complaints challenge the *conditions* of confinement while habeas petitions challenge the *validity* of confinement). If petitioner wishes to pursue his claim of excessive force, he must file a separate action under 42 U.S.C. § 1983. Accordingly, the Clerk shall STRIKE the proposed complaint (Dkt. No. 30) and shall return it to petitioner.

(3) The Clerk shall direct copies of this Order to petitioner, counsel for respondent, and to the Honorable James L. Robart.

DATED this 9th day of February, 2009.

/s/ Mary Alice Theiler
Mary Alice Theiler
United States Magistrate Judge