FILED ___ ENTERED
___ LODGED ___ RECEIVED

APR 10 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

08-CV-01059-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL A. JACKSON,               )   CASE NO. C08-1059-JLR
                                  )
          Petitioner,             )
                                  )
     v.                           )   ORDER
                                  )
PAT GLEBE, et al.,                )
                                  )
          Respondents.            )
_____)

The Court, having reviewed respondents' motion to dismiss petitioner's petition for a writ of habeas corpus, petitioner's response, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the balance of the record, does hereby find and ORDER:

(1)  The Court adopts the Report and Recommendation;

(2)  Respondents' motion to dismiss (Dkt. No. 32) is GRANTED;

(3)  Petitioner's amended petition and this action are DISMISSED with prejudice; and,

(4)  The Clerk is directed to send copies of this Order to petitioner, to counsel of record, and to Judge Theiler.

DATED this 10th day of April, 2009.

JAMES L. ROBART
United States District Judge

ORDER
PAGE -1